IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ABDIKADIR MIJI, and NAIMA HAJI, <br><br> Defendants. | 4:18CR3065 <br><br> **RELEASE ORDER** |

The defendants are released subject to the following:

1) The defendant shall participate in the telephonic status conference scheduled for October 10, 2018 at 10:00 a.m.

2) The defendants shall comply with all terms and conditions of release which were imposed upon them in the U.S. District Court for the Eastern District of Missouri on June 28 and 29, 2018.

July 18, 2018.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge