IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3065 |
| vs. | |
| ABDIKADIR MIJI and NAIMA HAJI, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant Abdikadir Miji's unopposed motion to continue the status conference, (Filing No. 29), is granted.

2) **As to both defendants**, a telephonic status conference will be held before the undersigned magistrate judge at 9:00 a.m. on November 15, 2018 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 13), to participate in the call to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

3) **As to both defendant's,** the court finds that the time between today's date and November 15, 2018 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 15, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge