IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiffs,** vs. ABDIKADIR MIJI, and NAIMA HAJI, **Defendants.** | **4:18CR3065** **ORDER** |

Defense counsel are still reviewing the evidence in this case to understand the complex transactions at issue, and they need additional time to decide if pretrial motions should be filed. The court finds it is unreasonable to expect counsel and Defendants to be adequately prepared for filing pretrial motions or presenting a defense at trial within the time limits of the Speedy Trial Act, and this case should be excluded from those time limitations so it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at **9:00 a.m. on January 18, 2019** by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 13), to participate in the call to discuss case progression, including the setting of any pretrial motion hearing or the trial. Counsel for the parties shall be present at the conference.

2) **As to both defendants**, any pretrial motions and briefs shall be filed on or before January 15, 2019.

3) The Court further finds that the ends of justice served by further extending the pretrial motion deadline and trial setting outweigh the interests of the public and the defendants in a speedy trial, and **as to both defendants**, the time between today's date and January 18,

2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(6) & (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

November 15, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge